**MILLER BARONDESS LLP**
BEN HERBERT, CA#277356
  bherbert@millerbarondess.com
2121 Avenue of the Stars, 26th Floor
Los Angeles, CA 90067
Telephone: 310.552.4400

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
LAWRENCE R. LAPORTE, CA#130003
  Lawrence.LaPorte@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Plaintiffs
HYPER ICE, INC. and
HYPERICE IP SUBCO, LLC
[*Additional Party on Signature Page*]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| HYPER ICE, INC. and HYPERICE IP SUBCO, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>THERABODY, INC.,<br><br>Defendant. | CASE NO. 8:24-cv-00390-JWH-DFM<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served: February 27, 2024<br>Current response date: March 19, 2024<br>New response date: April 18, 2024 |
|---|---|

Pursuant to Local Rule 8-3, Plaintiffs Hyper Ice, Inc. and Hyperice IP Subco, LLC ("Plaintiffs") and Defendant Therabody, Inc. ("Therabody") hereby stipulate and agree that Therabody's deadline to answer or otherwise respond to the Complaint shall be extended by 30 days, up to and including April 18, 2024. No prior extension has been requested by Therabody.

DATED: March 19, 2024        MILLER BARONDESS, LLP

By:   */s/ Benjamin A. Herbert*
BENJAMIN HERBERT, CA#277356
bherbert@millerbarondess.com
2121 Avenue of the Stars, 26th Floor
Los Angeles, CA 90067
Telephone: 310.552.4400

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
LAWRENCE R. LAPORTE, CA#130003
Lawrence.LaPorte@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Plaintiffs
HYPER ICE, INC. and
HYPERICE IP SUBCO, LLC

DATED: March 19, 2024        O'MELVENY & MYERS LLP

By:   */s/ Brett J. Williamson*
Brett J. Williamson
Attorneys for Defendant
THERABODY, INC.