BENJAMIN A. HERBERT (SBN 277356)
bherbert@millerbarondess.com
MILLER BARONDESS, LLP
2121 Avenue of the Stars, Suite 2600
Los Angeles, CA 90067
Telephone: (310) 552-440
Facsimile: (310) 310-8400

Attorneys for Plaintiffs HYPER ICE, INC. and
HYPERICE IP SUBCO, LLP

BRETT J. WILLIAMSON (SBN 145235)
bwilliamson@omm.com
CAMERON W. WESTIN (SBN 290999)
cwestin@omm.com
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, CA  92660-6429
Telephone:   (949) 823-6900
Facsimile:    (949) 823-6994

Attorneys for Defendant
THERABODY, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| HYPER ICE, INC. and HYPERICE IP SUBCO, LLC,<br><br>  Plaintiffs,<br>  v.<br><br>THERABODY, INC.,<br>  Defendant. | Case No. 8:24-cv-00390-JWH-(DFMx)<br><br>**STIPULATION TO FURTHER EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Complaint served: February 27, 2024<br>Current response date: April 18, 2024<br>New response date: May 9, 2024 |

Plaintiffs Hyper Ice, Inc. and Hyperice IP Subco, LLC ("Hyperice") and Defendant Therabody, Inc. ("Therabody") (collectively, "the Parties") hereby stipulate to the following:

WHEREAS, on February 23, 2024, Hyperice filed its initial Complaint against Therabody (ECF No. 1) (this "Action");

WHEREAS, on March 19, 2024, the Parties stipulated and agreed to extend the deadline for Defendant Therabody to answer or otherwise respond to the Complaint by 30 days to April 18, 2024;

WHEREAS, on February 23, 2024, Therabody filed a complaint against Hyper Ice, Inc. in the Central District of California, Case No. 8:24-cv-00378-MEMF-(DFMx) (the "378 case");

WHEREAS, complaints for both this Action and the 378 case were filed on the same day and stipulations for extensions of time to answer or otherwise respond to the Complaint to April 18, 2024, were filed on March 19, 2024;

WHEREAS, Hyperice recently retained new counsel in the 378 case, and has requested an additional extension of 21 days, to May 9, 2024, to respond to the Complaint in the 378 case;

WHEREAS, Hyperice and Therabody have conferred and agree to a similar extension for Therabody's deadline to answer or otherwise respond to the Complaint in this Action;

WHEREAS, all Parties join in this Stipulation;

NOW THEREFORE, the Parties hereby stipulate that Therabody shall have until May 9, 2024, to answer or otherwise respond to the Complaint.

Dated: April 17, 2024

BRETT J. WILLIAMSON
CAMERON W. WESTIN
O'MELVENY & MYERS LLP

By: /s/ Brett J. Williamson

Brett J. Williamson
Attorneys for Plaintiff
THERABODY, INC.

BEN HERBERT
MILLER BARONDESS LLP

By: /s/ Benjamin A. Herbert

Ben Herbert
Attorney for Defendant
HYPER ICE, INC. and HYPERICE IP SUBCO, LLC

- 2 -

STIPULATION TO FURTHER EXTEND
TIME TO RESPOND TO COMPLAINT
CASE NO. 8:24-CV-00390-JWH-(DFMx)

**CERTIFICATE OF ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filing party hereby attests that all signatories listed concur in this filing's content and have authorized this filing.

/s/ Benjamin A. Herbert