BRETT J. WILLIAMSON (S.B. #145235)
bwilliamson@omm.com
CAMERON W. WESTIN (S.B. #290999)
cwestin@omm.com
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660-6429
Telephone: (949) 823-6900
Facsimile: (949) 823-6994

Attorneys for Plaintiff
THERABODY, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| HYPER ICE, INC. and HYPERICE IP SUBCO, LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>THERABODY, INC.,<br><br>    Defendant. | Case No. 8:24-cv-00390-JWH-(DFMx)<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO FURTHER EXTEND TIME TO RESPOND TO COMPLAINT** |

IT IS HEREBY ORDERED, upon review of the Stipulation to Further Extend Time to Respond to the Complaint ("Stipulation") filed in this matter on April 17, 2024, and for good cause shown, the Stipulation is GRANTED. Accordingly, Defendant Therabody, Inc. shall have until May 9, 2024 to answer or otherwise respond to the Complaint.

IT IS SO ORDERED.

Dated: _____, 2024

John W. Holcomb
United States District Judge